AMANDA MARIA RUIZ
668 DINA DR
DIBERVILLE, MS 39540

LVNV FUNDING
2810 SOUTHAMPTON RD
PHILADELPHIA, PA 19154

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT, MS 39502

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN 38187

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3300
MERRIFIELD, VA 22119

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-05

NAVY FEDERAL CU
ATTN: BANKRUPTCY
P.O. BOX 3000
MERRIFIELD, VA 22119

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

SECURITY CREDIT
ATTN: BANKRUPTCY
PO BOX 1156
OXFORD, MS 38655

DIVERSE FUNDING
ATTN: BANKRUPTCY
2351 NORTH FOREST RD
GETZVILLE, NY 14068

TARGET
PO BOX 9475
MINNEAPOLIS, MN 55440

FROST-ARNETT CO
P.O. BOX 1280
OAKS, PA 19456

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531