Certificate Number: 17082-MSS-DE-041268002

Bankruptcy Case Number: 26-51208



17082-MSS-DE-041268002

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2026, at 11:16 o'clock AM MST, AMANDA RUIZ completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 30, 2026

By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director