United States Bankruptcy Court
Southern District of Mississippi

In re: Amanda Maria Ruiz, Debtor

Case No. 26-51208-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: admin | Page 1 of 2
Date Rcvd: Oct 27, 2026 | Form ID: n032 | Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda Maria Ruiz, 668 Dina Dr, Diberville, MS 39540-5804 |
| 5701929 | + | Frost-Arnett Co, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5701931 | + | LVNV Funding, 2810 Southampton Rd, Philadelphia, PA 19154-1207 |
| 5701932 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5717624 | + | Memorial Hospital, c/o Wessler Law Firm, P.O. Box 175, Gulfport, MS 39502-0175 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5724569 | | Email/Text: bnc@atlasacq.com | Oct 27 2026 23:36:00 | Atlas Acquisitions LLC, on behalf of Security Credit Services LL, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5701924 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 27 2026 23:41:52 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5701925 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2026 23:41:45 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5701926 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2026 23:42:16 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5701927 | + | Email/Text: mrdiscen@discover.com | Oct 27 2026 23:36:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5701928 | ^ | MEBN | Oct 27 2026 23:29:47 | Diverse Funding, Attn: Bankruptcy, 2351 North Forest Rd, Getzville, NY 14068-9902 |
| 5701930 | + | Email/Text: melissa.martin@kfcu.org | Oct 27 2026 23:38:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5710927 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 23:42:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5701933 | | Email/Text: cdavenport@lawmemphis.com | Oct 27 2026 23:36:00 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 5701934 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 27 2026 23:38:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3300, Merrifield, VA 22119-3300 |
| 5701935 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 27 2026 23:38:00 | Navy Federal CU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5704573 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 27 2026 23:38:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5728012 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2026 23:42:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5718755 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2026 23:38:00 | Quantum3 Group LLC as agent for, Sadino |

| | | | |
|---|---|---|---|
| | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5701936 | + Email/Text: cs@securitycreditservicesllc.com | Oct 27 2026 23:36:00 | Security Credit, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 5701937 | + Email/Text: bncmail@w-legal.com | Oct 27 2026 23:38:00 | Target, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Amanda Maria Ruiz trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 3

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

**Case No.:** 26−51208−KMS
**Chapter:** 13

**In re:**

Amanda Maria Ruiz
fka Amanda Maria Wormeley
668 Dina Dr
Diberville, MS 39540

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/27/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 27, 2026

Danny L. Miller, Clerk of Court